"O"

I CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~~FIRST~~ CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ *Plaintiff* (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/4/2010

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JOHNSON, | Case No. CV 10-1611-GHK (RNB) |
| Plaintiff, | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| DEPUTY MALONE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the First Amended Complaint is dismissed without leave to amend; and (2) Judgment be entered dismissing this action with prejudice.

DATED: 6/2/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE