JS-6- Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUTY MALONE, et al.,<br><br>    Defendant. | Case No. CV 10-1611-GHK (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 6/2/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE